# UNITED STATES of America, Plaintiff–Appellee,

v.

## Willie James McKNIGHT, Defendant–Appellant.

### No. 14–15385
### Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

June 8, 2015.

Nicole M. Andrejko, Shawn P. Napier, U.S. Attorney's Office, Orlando, FL, Arthur Lee Bentley, III, Tampa, FL, for Plaintiff–Appellee.

H. Kyle Fletcher, Office of H. Kyle Fletcher, Oviedo, FL, for Defendant–Appellant.

Willie James McKnight, Apopka, FL, pro se.

Before HULL, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

H. Kyle Fletcher, appointed counsel for Willie McKnight in this criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and McKnight's convictions and sentences are **AFFIRMED.**